UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

**CLOSED CIVIL CASE**

Case No. 08-14169-CIV-GRAHAM/WHITE

JOSEPH ARUANNO,

    Plaintiff,

vs.

MARTIN COUNTY SHERIFF,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. §1983 [D.E. 4].

**THIS MATTER** was initiated when pro se Plaintiff Joseph Aruanno filed a complaint alleging that his civil rights were violated when he was detained for one month in a jail in 1994 and subsequently released when it was determined that he was innocent of the charged crime [D.E. 1]. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 3]. As the Plaintiff sought to proceed in forma pauperis [D.E. 2], the Magistrate Judge conducted an initial screening of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915. In so doing, the Magistrate Judge issued a Report recommending that the matter be dismissed as Plaintiff failed to state a claim upon which relief could be granted, because the

Plaintiff failed to file his Complaint within the applicable statute of limitations [D.E. 4]. The Plaintiff has failed to file Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 4] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Complaint [D.E. 1] is **DISMISSED.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of July, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Joseph Aruanno, Pro Se
    All Counsel of Record